**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1567**

———————

MARY JO WILHELMJ,

Plaintiff - Appellant,

versus

NORWEST BANK NEBRASKA, N.A.,

Defendant - Appellee,

and

FIRST BANK,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-99-195-A)

———————

Submitted: September 28, 1999      Decided: October 8, 1999

———————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary Jo Wilhelmj, Appellant Pro Se. Keith Christian Phillips,
WATT, TIEDER & HOFFAR, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary Jo Wilhelmj appeals the district court's order dismissing her civil diversity action against the Defendants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wilhelmj v. Norwest Bank Nebraska, N.A., No. CA-99-195-A (E.D. Va. Apr. 5, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the order from which Wilhelmj appeals was filed on April 2, 1999, it was entered on the district court's docket sheet on April 5, 1999. April 5, 1999, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2